UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

Mayco Plastics, Inc.,

    Debtor.
_____/

Case No. 06-52727
Chapter 11
Hon. Phillip J. Shefferly

Omega Tool Corporation,

    Plaintiff,

v.

Alix Partners, LLP, a Michigan limited liability
company; Robert Roberts, an individual;
Richard S. Abbey, an individual;
Robert Fines, an individual; Thomas Littman,
an individual; Steven W. Olmstead, an individual;
Kirtland Capital Partners, III L.P.; and PNC Bank, N.A.,

    Defendants.
_____/

Adversary Proceeding
No. 09-05328-PJS

**PROPOSED ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Fed. R. Bankr. P. 9033(a) and Local District Rule 83.50(a)(3)(B), the Court proposes that an order be entered by the United States District Court for the Eastern District of Michigan granting in part and denying in part Defendants' motions to dismiss, stating as follows:

    **IT IS HEREBY ORDERED** that Counts I through III and V through VII of the first amended complaint filed by Omega Tool Corporation on February 13, 2009 are dismissed with respect to all defendants other than PNC Bank, N.A.

    **IT IS FURTHER ORDERED** that Count IV of the first amended complaint filed by Omega Tool Corporation on February 13, 2009 is dismissed as to all defendants other than PNC Bank, N.A., except that it shall continue to the extent that it is based

upon the alleged misrepresentation that Mayco Plastics, Inc. had not received pass through payments subsequent to execution of the Continuing Relationship Agreement.

**Signed on January 11, 2010**

                                                            **/s/ Phillip J. Shefferly**
                                                          **Phillip J. Shefferly**
                                                          **United States Bankruptcy Judge**

-2-

09-05328-pjs    Doc 17    Filed 01/11/10    Entered 01/11/10 17:22:38    Page 2 of 2